**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael T Vennum                                  CHAPTER 13
         Denise M Vennum
                    Debtor(s)                               BKY. NO. 20-20009 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ *Denise Carlon*
                                          Denise Carlon
                                          15 Nov 2023, 12:40:14, EST

                                          Brian C. Nicholas, Esq. (317240) ☐
                                          Denise Carlon, Esq. (317226) ☑
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          412-430-3594
                                          bkgroup@kmllawgroup.com