# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 20-20009-GLT |
| **Michael T Vennum and** | : | |
| **Denise M Vennum,** | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No.: 94 |
| **Michael T Vennum and** | : | |
| **Denise M Vennum,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **February 10, 2024** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

An in-person hearing will be held on **March 13, 2024 at 10:30a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form 2 via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at

http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). Parties who fail to timely register for remote participation will be expected to attend the hearing in person. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: January 24, 2024

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

  I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion FOR APPROVAL OF POST-PETITION VEHICLE FINANCING and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: <u>January 24, 2024</u> | *By: /s/ Kristen N. Dennis*<br>Kristen N. Dennis, PARALEGAL<br>FOSTER LAW OFFICES<br>1210 Park Avenue<br>Meadville, PA 16335<br>Tel 814.724.1165<br>Fax 814.724.115 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 20-20009-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Jan 24 08:40:44 EST 2024 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Home Point Financial Corporation<br>c/o D. Anthony Sottile<br>394 Wards Corner Road<br>Loveland, OH 45140-8339 | Home Point Financial Corporation<br>Robertson, Anschutz, Schneid & Crane LLC<br>10700 Abbotts Bridge Road, Suite 170<br>Duluth, GA 30097-8461 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | United States Senate Federal Credit Union<br>1310 Braddock Place<br>Alexandria, VA 22314-1648 |
| 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Amex Dsnb<br>Po Box 8218<br>Mason, OH 45040-8218 | Bank Of America<br>Po Box 982238<br>El Paso, TX 79998-2238 |
| Bank Of America, N.a.<br>Po Box 45144<br>Jacksonville, FL 32232-5144 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 |
| Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 | Best Buy / Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Capital One / Dress Barn<br>Po Box 30258<br>Salt Lake City, UT 84130-0258 |
| Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Citicards Cbna<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | (p)FIRSTMARK SERVICES<br>121 S 13TH STREET STE 201<br>LINCOLN NE 68508-1911 |
| Comenity Bank / Lane Bryant<br>Po Box 182789<br>Columbus, OH 43218-2789 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Freedom Mortgage Corporation<br>Bankruptcy Department<br>10500 Kincaid Drive<br>Suite 300<br>Fishers, IN 46037-9764 |
| Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234-6451 | Home Point Financial Corporation<br>4849 Greenville Avenue<br>Dallas, TX 75206-4130 | Home Point Financial Corporation<br>PO Box 77404<br>Ewing, NJ 08628-6404 |
| Home Point Financial Corporation<br>c/o D. Anthony Sottile, Authorized Agent<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140-8362 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |

```
(p)JEFFERSON CAPITAL SYSTEMS LLC        Kay Jewelers / Genesis              Kohls / Capital One
PO BOX 7999                             Po Box 4485                         Po Box 3115
SAINT CLOUD MN 56302-7999               Beaverton, OR 97076-4485            Milwaukee, WI 53201-3115


LVNV Funding, LLC                       (p)DSNB MACY S                      National Tire & Battery / Cbna
Resurgent Capital Services              CITIBANK                            Po Box 6497
PO Box 10587                            1000 TECHNOLOGY DRIVE MS 777        Sioux Falls, SD 57117-6497
Greenville, SC 29603-0587               O FALLON MO 63368-2239


Office of the United States Trustee     P S E C U                           PSECU
1000 Liberty Avenue                     PO Box 67013                        PO BOX 67013
Suite 1316                              Harrisburg, PA 17106-7013           HARRISBURG, PA 17106-7013
Pittsburgh, PA 15222-4013


(p)PNC BANK RETAIL LENDING              Sears / Cbna                        SoFi Lending Corp
P O BOX 94982                           Po Box 6217                         2750 E Cottonwood Pkwy Suite 300
CLEVELAND OH 44101-4982                 Sioux Falls, SD 57117-6217          Cottonwood Heights, UT 84121-7285


SoFi Lending Corporation                Syncb / JCPenney                    Syncb / Lowes
One Letterman Drive                     Po Box 965007                       Po Box 956005
San Francisco, CA 94129-1494            Orlando, FL 32896-5007              Orlando, FL 32896-0001


Syncb / Network                         Syncb / Old Navy                    Syncb / Stein Mart Pllc
Po Box 965036                           Po Box 965005                       Po Box 965005
Orlando, FL 32896-5036                  Orlando, FL 32896-5005              Orlando, FL 32896-5005


Synchrony Bank                          The Home Depot / Cbna               The Money Source Inc
c/o of PRA Receivables Management, LLC  Po Box 6497                         500 South Broad Street Meriden
PO Box 41021                            Sioux Falls, SD 57117-6497          Meriden, CT 06450-6755
Norfolk, VA 23541-1021


cfsbank                                 Daniel P. Foster                    Denise M Vennum
dba Charleroi Federal Savings Bank      Foster Law Offices                  131 Crimson Drive
c/o cfsbank                             1210 Park Avenue                    Pittsburgh, PA 15237-1069
P.O. Box 209                            Meadville, PA 16335-3110
Charleroi, PA 15022-0209


Michael T Vennum                        Ronda J. Winnecour
131 Crimson Drive                       Suite 3250, USX Tower
Pittsburgh, PA 15237-1069               600 Grant Street
                                        Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citizens Bank N.A.<br>One Citizens Bank Way<br>JCA115<br>Johnston, RI 029119 | Citizens Bank / FM<br>121 South 13th Street<br>Lincoln, NE 68508 | (d)Citizens Bank N.A.<br>One Citizens Bank Way Mailstop JCA115<br>Johnston, RI 02919 |
| Discover Financial Services LLC<br>PO Box 15316<br>Wilmington, DE 19850 | JPMorgan Chase Bank Card<br>Po Box 15298<br>Wilmington, DE 19850 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Macys / Dsnb<br>Po Box 8218<br>Mason, OH 45040 | Pnc Bank, N.a.<br>Po Box 3180<br>Pittsburgh, PA 15230 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FREEDOM MORTGAGE CORPORATION | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (d)United States Senate Federal Credit Union<br>1310 Braddock Place<br>Alexandria, VA 22314-1648 |

End of Label Matrix
Mailable recipients    55
Bypassed recipients     3
Total                  58