**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 20-20009-GLT |
| **Michael T Vennum and** | : | |
| **Denise M Vennum,** | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No.: 94 |
| **Michael T Vennum and** | : | |
| **Denise M Vennum,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **February 10, 2024** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

An in-person hearing will be held on **March 13, 2024 at 10:30a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form 2 via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at

http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). Parties who fail to timely register for remote participation will be expected to attend the hearing in person. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: January 24, 2024

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

  I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion FOR APPROVAL OF POST-PETITION VEHICLE FINANCING and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: January 24, 2024 | *By: /s/ Kristen N. Dennis* |
| | Kristen N. Dennis, PARALEGAL |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.115 |

```
Label Matrix for local noticing        (p)CITIZENS BANK N A                    Duquesne Light Company
0315-2                                 ATTN BANKRUPTCY TEAM                    c/o Bernstein-Burkley, P.C.
Case 20-20009-GLT                      ONE CITIZENS BANK WAY                   707 Grant Street, Suite 2200, Gulf Tower
WESTERN DISTRICT OF PENNSYLVANIA       JCA115                                  Pittsburgh, PA 15219-1945
Pittsburgh                             JOHNSTON RI 02919-1922
Wed Jan 24 08:40:44 EST 2024

Home Point Financial Corporation       Home Point Financial Corporation        LVNV Funding LLC
c/o D. Anthony Sottile                 Robertson, Anschutz, Schneid & Crane LLC c/o Resurgent Capital Services
394 Wards Corner Road                  10700 Abbotts Bridge Road, Suite 170    P.O. Box 10587
Loveland, OH 45140-8339                Duluth, GA 30097-8461                   Greenville, SC 29603-0587


PRA Receivables Management, LLC        Peoples Natural Gas Company LLC         United States Senate Federal Credit Union
PO Box 41021                           c/o S. James Wallace, P.C.              1310 Braddock Place
Norfolk, VA 23541-1021                 845 N. Lincoln Ave.                     Alexandria, VA 22314-1648
                                       Pittsburgh, PA 15233-1828


2                                      Amex Dsnb                               Bank Of America
U.S. Bankruptcy Court                  Po Box 8218                             Po Box 982238
5414 U.S. Steel Tower                  Mason, OH 45040-8218                    El Paso, TX 79998-2238
600 Grant Street
Pittsburgh, PA 15219-2703


Bank Of America, N.a.                  Bank of America, N.A.                   Bank of America, N.A.
Po Box 45144                           P O Box 982284                          PO BOX 31785
Jacksonville, FL 32232-5144            El Paso, TX 79998-2284                  Tampa, FL 33631-3785


Barclays Bank Delaware                 Best Buy / Cbna                         Capital One / Dress Barn
PO Box 8803                            Po Box 6497                             Po Box 30258
Wilmington, DE 19899-8803              Sioux Falls, SD 57117-6497              Salt Lake City, UT 84130-0258


Cbna                                   Citicards Cbna                          (p)FIRSTMARK SERVICES
Po Box 6497                            Po Box 6217                             121 S 13TH STREET STE 201
Sioux Falls, SD 57117-6497             Sioux Falls, SD 57117-6217              LINCOLN NE 68508-1911


Comenity Bank / Lane Bryant            (p)DISCOVER FINANCIAL SERVICES LLC      Freedom Mortgage Corporation
Po Box 182789                          PO BOX 3025                             Bankruptcy Department
Columbus, OH 43218-2789                NEW ALBANY OH 43054-3025                10500 Kincaid Drive
                                                                               Suite 300
                                                                               Fishers, IN 46037-9764

Home Point Financial Corporation       Home Point Financial Corporation        Home Point Financial Corporation
11511 Luna Road, Suite 300             4849 Greenville Avenue                  PO Box 77404
Farmers Branch, TX 75234-6451          Dallas, TX 75206-4130                   Ewing, NJ 08628-6404


Home Point Financial Corporation       (p)JPMORGAN CHASE BANK  N A             JPMorgan Chase Bank, N.A.
c/o D. Anthony Sottile, Authorized Agent BANKRUPTCY MAIL INTAKE TEAM           s/b/m/t Chase Bank USA, N.A.
394 Wards Corner Road, Suite 180       700 KANSAS LANE FLOOR 01                c/o National Bankruptcy Services, LLC
Loveland, OH 45140-8362                MONROE LA 71203-4774                    P.O. Box 9013
                                                                               Addison, Texas 75001-9013
```

| | | |
|---|---|---|
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kay Jewelers / Genesis<br>Po Box 4485<br>Beaverton, OR 97076-4485 | Kohls / Capital One<br>Po Box 3115<br>Milwaukee, WI 53201-3115 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 | National Tire & Battery / Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 | P S E C U<br>PO Box 67013<br>Harrisburg, PA 17106-7013 | PSECU<br>PO BOX 67013<br>HARRISBURG, PA 17106-7013 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Sears / Cbna<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | SoFi Lending Corp<br>2750 E Cottonwood Pkwy Suite 300<br>Cottonwood Heights, UT 84121-7285 |
| SoFi Lending Corporation<br>One Letterman Drive<br>San Francisco, CA 94129-1494 | Syncb / JCPenney<br>Po Box 965007<br>Orlando, FL 32896-5007 | Syncb / Lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 |
| Syncb / Network<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb / Old Navy<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb / Stein Mart Pllc<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | The Home Depot / Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | The Money Source Inc<br>500 South Broad Street Meriden<br>Meriden, CT 06450-6755 |
| cfsbank<br>dba Charleroi Federal Savings Bank<br>c/o cfsbank<br>P.O. Box 209<br>Charleroi, PA 15022-0209 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Denise M Vennum<br>131 Crimson Drive<br>Pittsburgh, PA 15237-1069 |
| Michael T Vennum<br>131 Crimson Drive<br>Pittsburgh, PA 15237-1069 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Citizens Bank N.A.                      Citizens Bank / FM                      (d)Citizens Bank N.A.
One Citizens Bank Way                   121 South 13th Street                   One Citizens Bank Way Mailstop JCA115
JCA115                                  Lincoln, NE 68508                       Johnston, RI 02919
Johnston, RI 029119


Discover Financial Services LLC         JPMorgan Chase Bank Card                Jefferson Capital Systems LLC
PO Box 15316                            Po Box 15298                            Po Box 7999
Wilmington, DE 19850                    Wilmington, DE 19850                    Saint Cloud Mn 56302-9617



Macys / Dsnb                            Pnc Bank, N.a.
Po Box 8218                             Po Box 3180
Mason, OH 45040                         Pittsburgh, PA 15230




              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)FREEDOM MORTGAGE CORPORATION         (d)Duquesne Light Company               (d)United States Senate Federal Credit Union
                                        c/o Bernstein-Burkley, P.C.             1310 Braddock Place
                                        707 Grant St., Suite 2200, Gulf Tower   Alexandria, VA 22314-1648
                                        Pittsburgh, PA 15219-1945



End of Label Matrix
Mailable recipients    55
Bypassed recipients     3
Total                  58
```