FILED
3/14/24 11:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-20009-GLT |
| | : | Chapter: | 13 |
| Michael T Vennum | : | | |
| Denise M Vennum | : | | |
| | : | Date: | 3/13/2024 |
| *Debtor(s)*. | : | Time: | 10:30 |

## PROCEEDING MEMO

***MATTER:***   #94 Motion for Approval of Post-Petition Vehicle Financing
#98 Response by Trustee

***APPEARANCES***:
　　　Debtor:    [no appearance]

***NOTES:***   [10:51] / [10:56]

Court: No appearance. Motion to withdraw filed this morning.

***OUTCOME:***

1) For the reasons stated on the record, the *Motion for Approval of Post-Petition Vehicle Financing* [Dkt. No. 94] is DENIED as withdrawn. [Text order].

**DATED:**  3/13/2024