**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 20-20009-GLT |
| | : | |
| **Michael T Vennum and** | : | CHAPTER 13 |
| **Denise M Vennum,** | : | |
| Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| **Denise M Vennum,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 112 |
| | : | |
| vs. | : | |
| | : | |
| **Cigna Evernorth Services Inc.,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: January 15, 2025          By: /s/ Caitlyn A. Campbell
                                       Caitlyn A. Campbell, PARALEGAL
                                       FOSTER LAW OFFICES
                                       1210 Park Avenue
                                       Meadville, PA 16335
                                       Tel 814.724.1165
                                       Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## MATRIX

**CIGNA EVERNORTH SERVICES INC**
**1601 CHESTNUT STREET**
**PHILADELPHIA, PA 19192**
**ATTN: PAYROLL ADMINISTRATOR**