**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>　MICHAEL T VENNUM<br>DENISE M VENNUM<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　　　Movant<br>　　　　vs.<br>　MICHAEL T VENNUM<br>DENISE M VENNUM<br><br>　　　　Respondents | Case No. 20-20009GLT<br><br>Chapter 13<br><br>Document No. 111 | FILED<br>1/14/25 11:52 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

### ORDER TO STOP PAYROLL DEDUCTIONS

　AND NOW, this __14th__ day of __January__, 20__25__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Cigna Evernorth Services Inc
1601 Chestnut Street
Attn: Payroll Admin
Philadelphia, PA 19192

is hereby ordered to immediately terminate the attachment of the wages of DENISE M VENNUM, social security number XXX-XX-7519. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DENISE M VENNUM.

Dated: 1/14/25

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GREGORY L. TADDONIO
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20009-GLT |
| Michael T Vennum | Chapter 13 |
| Denise M Vennum | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael T Vennum, Denise M Vennum, 131 Crimson Drive, Pittsburgh, PA 15237-1069 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2025                              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor Home Point Financial Corporation bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Debtor Michael T Vennum dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Denise M Vennum dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
    mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Ryan Starks
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION Ryan.Starks@brockandscott.com wbecf@brockandscott.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Home Point Financial Corporation pawb@fedphe.com

TOTAL: 11