Certificate Number: 03088-PAW-DE-039315244

Bankruptcy Case Number: 20-20009



03088-PAW-DE-039315244

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2025, at 2:37 o'clock PM CST, Michael T Vennum completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    February 6, 2025                By:    /s/Doug Tonne

Name:    Doug Tonne

Title:    Counselor