Certificate Number: 03088-PAW-DE-039315245

Bankruptcy Case Number: 20-20009



03088-PAW-DE-039315245

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2025, at 2:37 o'clock PM CST, Denise M Vennum completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 6, 2025                By:   /s/Doug Tonne

Name:   Doug Tonne

Title:   Counselor