**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **Bankruptcy No. 20-20009-GLT** |
| | : | **Chapter 13** |
| **Michael T Vennum and** | : | |
| **Denise M Vennum,** | : | |
|     **Debtors** | : | |
| | : | **Docket No.: 122** |
| **Michael T Vennum and** | : | |
| **Denise M Vennum,** | : | |
|     **Movants** | : | |
| | : | |
|     **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     **Chapter 13 Trustee,** | : | |
|     **Respondent** | : | |

## STATUS REPORT

**AND NOW** this 14th day of February 2025, come Michael T Vennum and Denise M Vennum ("Debtors"), by and through their attorney, Daniel P. Foster, Esquire and Foster Law Offices, and file this *Status Report*. The Debtors aver as follows:

1. The Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on January 2, 2020 (the "Filing Date").

2. On January 17, 2025, Debtors filed a *Proposed Consent Order for Post-Petition Vehicle Financing* to obtain an automobile.

3. On January 23, 2025, this Honorable Court granted the Proposed *Order* and authorized the Debtors to seek and complete financing.

4. At this time, the Debtors have still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

**WHEREFORE**, the Debtors file this Status Report in compliance with this Honorable Court's Order dated January 23, 2025.

Date: <u>February 14, 2025</u>        <u>*/s/ Daniel P. Foster, Esquire*</u>

Daniel P. Foster, Esquire
PA. I.D. No. 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA  16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:  dan@mrdebtbuster.com
Attorney for Debtors