Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Michael T Vennum** : | Case No. 20−20009−GLT |
| **Denise M Vennum** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 127 |
| v. : | |
| **No Respondents** : | Hearing Date: 7/2/25 at 11:00 AM |
| *Respondent(s).* : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 28th of April, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 127 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before June 9, 2025*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *July 2, 2025 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20009-GLT |
| Michael T Vennum | Chapter 13 |
| Denise M Vennum | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 28, 2025 | Form ID: 604 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael T Vennum, Denise M Vennum, 131 Crimson Drive, Pittsburgh, PA 15237-1069 |
| 15178402 | + | Home Point Financial Corporation, PO Box 77404, Ewing, NJ 08628-6404 |
| 15178419 | + | United States Senate Federal Credit Union, 1310 Braddock Place, Alexandria, VA 22314-1648 |
| 15178396 | + | cfsbank, dba Charleroi Federal Savings Bank, c/o cfsbank, P.O. Box 209, Charleroi, PA 15022-0209 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 29 2025 01:40:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 029119 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 29 2025 01:40:00 | Home Point Financial Corporation, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | ^ | MEBN | Apr 29 2025 01:35:37 | Home Point Financial Corporation, c/o D. Anthony Sottile, 394 Wards Corner Road, Loveland, OH 45140-8339 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2025 01:43:42 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2025 01:55:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 29 2025 01:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15178389 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 01:43:41 | Amex Dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 15178390 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 29 2025 01:40:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15178391 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 29 2025 01:40:00 | Bank Of America, N.a., Po Box 45144, Jacksonville, FL 32232-5144 |
| 15203004 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 29 2025 01:41:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15205559 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 29 2025 01:40:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 15178392 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 29 2025 01:41:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15178393 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 01:44:11 | Best Buy / Cbna, Po Box 6497, Sioux Falls, SD |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15198683 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 29 2025 01:40:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15178394 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2025 01:43:36 | Capital One / Dress Barn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15178395 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 01:43:41 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15178397 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 01:44:11 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15178399 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2025 01:41:00 | Comenity Bank / Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15178400 | | Email/Text: mrdiscen@discover.com | Apr 29 2025 01:40:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15178406 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 01:56:08 | Macys / Dsnb, Po Box 8218, Mason, OH 45040 |
| 15214854 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 29 2025 01:42:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15178398 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Apr 29 2025 01:40:00 | Citizens Bank / FM, 121 South 13th Street, Lincoln, NE 68508 |
| 15424218 | | Email/Text: Bankruptcy@Freedommortgage.com | Apr 29 2025 01:41:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15180062 | ^ | MEBN | Apr 29 2025 01:35:36 | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 15196264 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 29 2025 01:41:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 15178401 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 29 2025 01:41:00 | Home Point Financial Corporation, 4849 Greenville Avenue, Dallas, TX 75206-4130 |
| 15207780 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 29 2025 01:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15178403 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 29 2025 02:10:16 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 15187423 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 29 2025 01:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15178404 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 29 2025 01:43:00 | Kay Jewelers / Genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 15178405 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2025 02:10:11 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15210919 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2025 01:44:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15178407 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 01:43:26 | National Tire & Battery / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15178408 | | Email/Text: bankruptcynotices@psecu.com | Apr 29 2025 01:42:00 | P S E C U, PO Box 67013, Harrisburg, PA 17106-7013 |
| 15178409 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 29 2025 01:40:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15198742 | + | Email/Text: bankruptcynotices@psecu.com | Apr 29 2025 01:42:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15178410 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 01:57:22 | Sears / Cbna, Po Box 6217, Sioux Falls, SD |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 57117-6217 |
| 15215827 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Apr 29 2025 01:43:37 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |
| 15178411 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Apr 29 2025 01:55:12 | SoFi Lending Corporation, One Letterman Drive, San Francisco, CA 94129-1494 |
| 15178412 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:55:05 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15178413 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:43:25 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15178414 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:43:37 | Syncb / Network, Po Box 965036, Orlando, FL 32896-5036 |
| 15178415 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 02:10:10 | Syncb / Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15178416 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:43:18 | Syncb / Stein Mart Pllc, Po Box 965005, Orlando, FL 32896-5005 |
| 15179039 | ^ | MEBN | Apr 29 2025 01:36:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15178417 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 01:44:11 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15178418 | + | Email/Text: BK@servicingdivision.com | Apr 29 2025 01:41:00 | The Money Source Inc, 500 South Broad Street Meriden, Meriden, CT 06450-6755 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | United States Senate Federal Credit Union, 1310 Braddock Place, Alexandria, VA 22314-1648 |
| 15187424 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 28, 2025 | Form ID: 604 | Total Noticed: 51 |

Charles Griffin Wohlrab
    on behalf of Creditor Home Point Financial Corporation bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Daniel P. Foster
    on behalf of Joint Debtor Denise M Vennum dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Debtor Michael T Vennum dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
    mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Ryan Starks
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION Ryan.Starks@brockandscott.com wbecf@brockandscott.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Home Point Financial Corporation pawb@fedphe.com

TOTAL: 11