| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Michael T Vennum <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9603 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Denise M Vennum <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7519 <br> EIN   __–_____ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   20–20009–GLT | | |

## Order of Discharge
12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael T Vennum                    Denise M Vennum

6/12/25                               **By the court:** Gregory L Taddonio
                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                     **Chapter 13 Discharge**                     page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20009-GLT |
| Michael T Vennum | Chapter 13 |
| Denise M Vennum | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 12, 2025 | Form ID: 3180W | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael T Vennum, Denise M Vennum, 131 Crimson Drive, Pittsburgh, PA 15237-1069 |
| 15178402 | + | Home Point Financial Corporation, PO Box 77404, Ewing, NJ 08628-6404 |
| 15178419 | + | United States Senate Federal Credit Union, 1310 Braddock Place, Alexandria, VA 22314-1648 |
| 15178396 | + | cfsbank, dba Charleroi Federal Savings Bank, c/o cfsbank, P.O. Box 209, Charleroi, PA 15022-0209 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 13 2025 03:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 13 2025 03:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 13 2025 00:06:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 029119 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 13 2025 00:06:00 | Home Point Financial Corporation, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | ^ | MEBN | Jun 12 2025 23:59:23 | Home Point Financial Corporation, c/o D. Anthony Sottile, 394 Wards Corner Road, Loveland, OH 45140-8339 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 00:18:15 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | EDI: PRA.COM | Jun 13 2025 03:59:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 13 2025 00:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15178389 | + | EDI: CITICORP | Jun 13 2025 03:59:00 | Amex Dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 15178390 | + | EDI: BANKAMER | Jun 13 2025 03:59:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15178391 | + | EDI: BANKAMER | Jun 13 2025 03:59:00 | Bank Of America, N.a., Po Box 45144, Jacksonville, FL 32232-5144 |
| 15203004 | + | EDI: BANKAMER2 | Jun 13 2025 03:59:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |

Case 20-20009-GLT   Doc 134   Filed 06/14/25   Entered 06/15/25 00:27:36   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 3180W | Total Noticed: 53 |

| Recipient ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| 15205559 | EDI: BANKAMER | Jun 13 2025 03:59:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 15178392 | + EDI: TSYS2 | Jun 13 2025 03:59:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15178393 | + EDI: CITICORP | Jun 13 2025 03:59:00 | Best Buy / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15198683 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 13 2025 00:06:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15178394 | + EDI: CAPITALONE.COM | Jun 13 2025 03:59:00 | Capital One / Dress Barn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15178395 | + EDI: CITICORP | Jun 13 2025 03:59:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15178397 | + EDI: CITICORP | Jun 13 2025 03:59:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15178399 | + EDI: WFNNB.COM | Jun 13 2025 03:59:00 | Comenity Bank / Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15178400 | EDI: DISCOVER | Jun 13 2025 03:59:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15178406 | EDI: CITICORP | Jun 13 2025 03:59:00 | Macys / Dsnb, Po Box 8218, Mason, OH 45040 |
| 15214854 | + Email/Text: kburkley@bernsteinlaw.com | Jun 13 2025 00:06:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15178398 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jun 13 2025 00:06:00 | Citizens Bank / FM, 121 South 13th Street, Lincoln, NE 68508 |
| 15424218 | Email/Text: Bankruptcy@Freedommortgage.com | Jun 13 2025 00:06:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15180062 | ^ MEBN | Jun 12 2025 23:59:22 | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 15196264 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2025 00:06:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 15178401 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2025 00:06:00 | Home Point Financial Corporation, 4849 Greenville Avenue, Dallas, TX 75206-4130 |
| 15207780 | EDI: JEFFERSONCAP.COM | Jun 13 2025 03:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15178403 | + EDI: JPMORGANCHASE | Jun 13 2025 03:59:00 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 15187423 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 13 2025 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15178404 | + EDI: PHINGENESIS | Jun 13 2025 03:59:00 | Kay Jewelers / Genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 15178405 | + EDI: CAPITALONE.COM | Jun 13 2025 03:59:00 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15210919 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 00:18:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15178407 | + EDI: CITICORP | Jun 13 2025 03:59:00 | National Tire & Battery / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15178408 | EDI: G2RSPSECU | Jun 13 2025 03:59:00 | P S E C U, PO Box 67013, Harrisburg, PA 17106-7013 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 3180W | Total Noticed: 53 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15178409 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 00:06:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15198742 | + | EDI: G2RSPSECU | Jun 13 2025 03:59:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15178410 | + | EDI: CITICORP | Jun 13 2025 03:59:00 | Sears / Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15215827 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jun 13 2025 00:18:26 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |
| 15178411 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jun 13 2025 00:18:39 | SoFi Lending Corporation, One Letterman Drive, San Francisco, CA 94129-1494 |
| 15178412 | + | EDI: SYNC | Jun 13 2025 03:59:00 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15178413 | + | EDI: SYNC | Jun 13 2025 03:59:00 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15178414 | + | EDI: SYNC | Jun 13 2025 03:59:00 | Syncb / Network, Po Box 965036, Orlando, FL 32896-5036 |
| 15178415 | + | EDI: SYNC | Jun 13 2025 03:59:00 | Syncb / Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15178416 | + | EDI: SYNC | Jun 13 2025 03:59:00 | Syncb / Stein Mart Pllc, Po Box 965005, Orlando, FL 32896-5005 |
| 15179039 | ^ | MEBN | Jun 12 2025 23:59:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15178417 | + | EDI: CITICORP | Jun 13 2025 03:59:00 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15178418 | + | Email/Text: BK@servicingdivision.com | Jun 13 2025 00:06:00 | The Money Source Inc, 500 South Broad Street Meriden, Meriden, CT 06450-6755 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | United States Senate Federal Credit Union, 1310 Braddock Place, Alexandria, VA 22314-1648 |
| 15187424 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025     Signature:     /s/Gustava Winters

Case 20-20009-GLT   Doc 134   Filed 06/14/25   Entered 06/15/25 00:27:36   Desc
Imaged Certificate of Notice   Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 3180W | Total Noticed: 53 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Charles Griffin Wohlrab | on behalf of Creditor Home Point Financial Corporation bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Joint Debtor Denise M Vennum dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Michael T Vennum dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Home Point Financial Corporation pawb@fedphe.com |

TOTAL: 11